HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
Email:  iboyd@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email:  sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

LOCKE LORD BISSELL & LIDDELL LLP
GREGORY T. CASAMENTO (*pro hac vice*)
Email:  gcasamento@lockelord.com
885 Third Avenue, 26th Floor
New York, NY 10022
Telephone:  (212) 812-8325
Facsimile:  (212) 947-1202

LOCKE LORD BISSELL & LIDDELL LLP
PAUL VAN SLYKE (*pro hac vice*)
Email:  pvanslyke@lockelord.com
3400 JPMorgan Chase Tower
600 Travis
Houston, TX 77002
Telephone:  (713) 226-1200
Facsimile:  (713) 223-3717

Attorneys for Plaintiff
Sedgwick Claims Management Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., an Illinois corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT A. DELSMAN, an individual,<br><br>            Defendant. | Case No. C 09-01468 SBA<br><br>**STIPULATION AND [ORDER TO CONTINUE HEARING**<br>**[Civil L. R. 6-2]** |

1     Plaintiff Sedgwick Claims Management Services, Inc. ("Sedgwick") and Defendant Robert A.
2  Delsman ("Delsman") submit this stipulation pursuant to Civil Local Rule 6-2.
3     WHEREAS, Delsman's Motion for Summary Judgment is set for hearing on June 30, 2009, at
4  1:00 p.m., before the Honorable Saundra B. Armstrong; and
5     WHEREAS, Sedgwick and Delsman have agreed to continue the hearing date to afford each
6  party sufficient time to fully brief this matter; and
7     WHEREAS, there have been no previous time modifications in the case, whether by
8  stipulation or Court order;
9     THEREFORE, the parties agree as follows:
10    1.   The hearing on Delsman's Motion for Summary Judgment shall be continued from
11  June 30, 2009, to July 14, 2009.
12    2.   Sedgwick's opposition shall be due on June 23, 2009, per Civil Local Rule 7-3(a).
13    3.   Delsman's reply, if any, shall due on June 30, 2009, per Civil Local Rule 7-3(c).
14    Delsman concurs in the filing of this stipulation, and Sedgwick's counsel has in its possession
15  email correspondence to support this concurrence, as required by General Order 45, section X.B.

DATED:  May 21, 2009          HARVEY SISKIND LLP
                              IAN K. BOYD
                              SETH I. APPEL

                              LOCKE LORD BISSELL & LIDDELL LLP
                              GREGORY T. CASAMENTO
                              PAUL VAN SLYKE

                              By      /s/
                                 Seth I. Appel
                                 Attorneys for Plaintiff
                                 Sedgwick Claims Management Services, Inc.

                              ROBERT A. DELSMAN
                                 Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  5/26/09
                              _Saundra B. Armstrong_
                              The Honorable Saundra B. Armstrong
                              United States District Court

-1-

STIPULATION AND [PROPOSED] ORDER                               Case No. C 09-01468 SBA