HARVEY SISKIND LLP
Ian K. Boyd (SBN 191434)
Email: iboyd@harveysiskind.com
Seth I. Appel (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:   (415) 391-7124

LOCKE LORD BISSELL & LIDDELL LLP
Paul C. Van Slyke, admitted *pro hac vice*
Email: pvanslyke@lockelord.com
3400 JPMorgan Chase Tower, 600 Travis
Houston, Texas 77002
Telephone:  (713) 226-1406
Facsimile:   (713) 229-2516

Gregory T. Casamento, admitted *pro hac vice*
Email: gcasamen@lockelord.com
885 Third Avenue
New York, New York 10022
Telephone:  (212) 947-4700
Facsimile:   (212) 812-8346

Attorneys for Plaintiff
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> ROBERT A. DELSMAN, JR. <br><br> Defendant. | Case No.: 09 CV 1468 SBA <br><br> **DECLARATION OF FRANK HUFFMAN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, IMPROPER VENUE, FAILURE TO JOIN AN INDISPENSABLE THIRD PARTY UNDER RULE 19** <br><br> Honorable Saundra Brown Armstrong <br><br> Date:  July 14, 2009 <br> Time:  1:00 p.m. <br> Place:  Courtroom 3 |

I, FRANK HUFFMAN, declare:

1. I am the Communications Director for Plaintiff Sedgwick Claims Management Services, Inc. ("Sedgwick"). I am authorized by Sedgwick to make this declaration as to the facts stated herein, and I have personal knowledge of these facts and could competently testify to the facts stated in this Declaration if called to do so. This Declaration is made in opposition to Defendant Robert A. Delsman's ("Delsman") Motion for Summary Judgment, Improper Venue, Failure to Join and Indispensable Third Party Under Rule 19 (the "Motion").

2. I have read Sedgwick's First Amended Complaint for Trespass to Chattels; Copyright Infringement; Interference with Prospective Economic Advantage; Trade Libel; Defamation and Libel; and Unfair Competition (the "Complaint") and know its contents. I am authorized to make verification as to the truth of the Complaint's contents for and on Sedgwick's behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the Complaint are true.

3. Sedgwick is the owner of all exclusive rights of the copyright for the photographs of its CEO and COO (the "Photographs"). Attached as Exhibit A is a true and correct copy of the Limited Copyright Assignment in Photograph of the photograph of David North, Sedgwick's CEO. Delsman has violated this Copyright Assignment as alleged in the Complaint. Attached as Exhibit B is a true and correct copy of the Limited Copyright Assignment in Photograph of the photograph of Paul Posey, Sedgwick's COO. Delsman has violated this Copyright Assignment as alleged in the Complaint.

4. After Delsman's unauthorized use of the copyrighted photos, Sedgwick is less likely to use the Photographs for commercial purpose because of how Delsman has infringed upon the Photographs.

5. Attached as Exhibit C is a true and correct copy of a redacted email string between Sedgwick employees referencing a conversation with a Sedgwick client which occurred as a result of Delsman's activities, particularly his "Operation Going Postcard". As shown in the email, a Sedgwick employee was required to speak to a client representative about Delsman's activities, and reassure the client that Sedgwick had taken "appropriate action as an organization." The client

1  representative stated in response that she was "glad to hear it" but required "a written response to
2  provide to her superiors." As shown by the ensuing emails, that written response required the efforts
3  of at least five Sedgwick employees. Such efforts were time-consuming and distracted Sedgwick
4  employees from their normal business. In addition, the need for Sedgwick to provide a written
5  response to the client was embarrassing for Sedgwick and detrimental to Sedgwick's relationship
6  with its client. Similarly, attached as Exhibit D is a true and correct copy of a redacted email string
7  between Sedgwick employees referencing communications with a Sedgwick client which occurred
8  as a result of another of Delsman's actions. As shown by the emails, the client forwarded a copy of
9  a Delsman mailer to a Sedgwick employee. Once again, the client representative requested a
10  communication from Sedgwick in order to share with her superiors. Preparing that communication
11  involved the efforts of at least seven Sedgwick employees. Again, such efforts were time-
12  consuming and distracted Sedgwick employees from their normal business. In addition, the need for
13  Sedgwick to provide a written response to the client was embarrassing for Sedgwick and detrimental
14  to Sedgwick's relationship with its client.

15       6.   Attached as Exhibit E is a true and correct copy of a redacted email a Sedgwick
16  employee sent to a client in response to Delsman's activities in order to alleviate the concern that the
17  client had expressed regarding those activities. Such communications, while necessary because
18  Delsman has harassed Sedgwick, are detrimental to Sedgwick's relationships with its clients. They
19  distract from the normal course of business, they paint Sedgwick in a negative light, and they detract
20  from the image that Sedgwick, as a business entity, wishes to project.

21  I declare under penalty of perjury that the foregoing is true and correct.
22  Executed this 23rd day of June, 2009, at Memphis, Tennessee.

25  FRANK HUFFMAN
26  Declarant

# Exhibit A
## to Declaration of Frank Huffman in Opposition to Defendant's Motion for Summary Judgment, Improper Venue, Failure to Join an Indispensable Third Party under Rule 19

# LIMITED COPYRIGHT ASSIGNMENT IN PHOTOGRAPH

This Assignment is effective as of the 28th day of March 2002, by and among **James Kiihnl**, an individual residing at 6466 Braybourne Olive Branch MS (insert home address), and **Kiihnl Photography** ("Studio), a Tennessee sole proprietorship (both "Photographer," individually and collectively), having its business at 3515 Goodlett, Suite 106, Memphis TN and **Sedgwick Claims Management Services, Inc.** ("Client"), an Illinois corporation;

WHEAREAS, Photographer has created a certain photographic work for Client billed by Photographer to Carbon14 Inc. on Invoice 1145, dated March, 31, 2002, and incorporated by reference in Carbon14, Inc.'s Invoice 883 to Client, dated March 28, 2002 for the portrait of David A North as displayed on Exhibit A attached hereto and incorporated herein; details about the work being identified as follows:

WHEREAS, Photographer represents as true the following facts about the work:

- The individual photographer named above personally took the photographic work.

- The photograph of David A North displayed on Exhibit A was published in a Client brochure entitled "In a Perfect World: Sedgwick Claims Management Services Report and Outlook 2001-2002" on:
  April 15, 2002

- The Photographer's year birth date is: Year 1947

- The Photographer's Nationality is United States (Name of Country)

- The year in which the photographic work was taken is: Year 2002

WHEREAS, Client wishes to be the owner by assignment of limited exclusive rights under the copyright in the works and Photographer wishes to grant such an assignment;

NOW, THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION, the receipt, sufficiency and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

Photographer hereby sells, assigns and transfers to Client the right, title and interest in the copyright, published and unpublished, in the works for corporate purposes and corporate litigation, any registrations and applications therefor, and the right to all renewals and extensions thereof. This assignment includes the exclusive right to reproduce, copy, distribute, print, reprint, display and prepare derivative works from the work for corporate purposes and corporate litigation, and to utilize such work or derivative works for corporate purposes and corporate litigation. Also, this assignment includes the right to all income, profits or gains from the sale, license or publication of the work or derivative works for corporate purposes and corporate litigation.

Photographer waives any moral rights for any use made by Client for corporate purposes and litigation or its authorized users for corporate purposes and litigation. Further, Photographer grants to Client the exclusive right to sue for infringement of the limited copyright, anywhere in the world, the right to recover damages for any past infringement of the work, and to recover and retain any monies paid or received as a result of such infringement. Finally, Photographer grants to Client and its present and future officers an irrevocable power of attorney to take all actions and sign all documents in the name of, and as the act of the Photographer as Client may deem necessary or advisable to apply for, register, renew, extend and vest title in the Client to the limited rights of copyright in the work throughout the world.

_____
Jim Kiihnl dba Kiihnl Photography

State of Tennessee            §
                              §
County of Shelby              §

On __3/13__, 2009, before me, the undersigned authority, personally appeared **Jim Kiihnl,** personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, executed the instrument.

WITNESS my hand and official seal.  _____
Notary Public in and For the State of Tennessee

My Commission Expires:
February 13, 2013

(Seal: DEANNA ISABELL, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY)

2

# Exhibit A



# Exhibit B
## to Declaration of Frank Huffman in Opposition to Defendant's Motion for Summary Judgment, Improper Venue, Failure to Join an Indispensable Third Party under Rule 19

## LIMITED COPYRIGHT ASSIGNMENT IN PHOTOGRAPHS

This Assignment is effective as of the 9th day of January 2009, by and among James Kiihnl, an individual residing at 6406 Brybourne Olve Br (insert home address), and **Kiihnl Photography** ("Studio), a Tennessee sole proprietorship (both "Photographer," individually and collectively), having its business at 3515 Goodlett, Suite 106, Memphis TN and **Sedgwick Claims Management Services, Inc.** ("Client"), an Illinois corporation;

WHEAREAS, Photographer has created certain photographic works, and all others taken in the same session, for Client billed on Invoice 22018, dated January 1, 2009 designated as photographs of **Paul Posey, Kim Brown (Kimberly D. Brown), Steve Periman (Steve Penman), Bob Peterson, Ruth Grande, Pat Funck and Robert Johnson** as displayed on Exhibit A attached hereto and incorporated herein; details about the works being identified as follows:

WHEREAS, Photographer represents as true the following facts about the works:

- The individual photographer named above personally took all of the photographic works.

- The photograph of Paul Posey displayed on Exhibit A was published on: January 13, 2009

- The Photographer's year birth date is: Year 1947

- The Photographer's Nationality is United States (Name of Country)

- The year in which the photographic works were taken is: Year 2009

WHEREAS, Client wishes to be the owner by assignment of limited exclusive rights under the copyright in the works and Photographer wishes to grant such an assignment;

NOW, THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION, the receipt, sufficiency and adequacy of which are hereby acknowledged, the parties hereto agree as follows:

Photographer hereby sells, assigns and transfers to Client the right, title and interest in the copyright, published and unpublished, in the works for corporate purposes and corporate litigation, any registrations and applications therefor, and the right to all renewals and extensions thereof. This assignment includes the exclusive right to reproduce, copy, distribute, print, reprint, display and prepare derivative works from the works for corporate purposes and corporate litigation, and to utilize such works or derivative works for corporate purposes and corporate litigation. Also, this assignment includes the right to all income, profits or gains from the sale, license or publication of the works or derivative works for corporate purposes and corporate litigation.

Photographer waives any moral rights for any use made by Client for corporate purposes and litigation or its authorized users for corporate purposes and litigation. Further, Photographer grants to Client the exclusive right to sue for infringement of the limited copyright, anywhere in

1

the world, the right to recover damages for any past infringement of the works, and to recover and retain any monies paid or received as a result of such infringement. Finally, Photographer grants to Client and its present and future officers an irrevocable power of attorney to take all actions and sign all documents in the name of, and as the act of the Photographer as Client may deem necessary or advisable to apply for, register, renew, extend and vest title in the Client to the limited rights of copyright in the works throughout the world.

_____
Jim Kiihnl dba Kiihnl Photography

State of Tennessee §
 §
County of __Shelby__ §
 §

On __3/13__, 2009, before me, the undersigned authority, personally appeared **Jim Kiihnl,** personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, executed the instrument.

WITNESS my hand and official seal. _Deanna Isabell_
_____
Notary Public in and For the State
of Tennessee

(Seal) STATE OF TENNESSEE NOTARY PUBLIC SHELBY COUNTY
DEANNA ISABELL

My Commission Expires:
February 13, 2013

2

03/13/2009 11:42AM

# Exhibit A



# Exhibit C
to Declaration of Frank Huffman
in Opposition to Defendant's
Motion for Summary Judgment, Improper
Venue, Failure to Join an Indispensable
Third Party under Rule 19

**From:** ▮▮▮▮▮
**Sent:** Friday, March 06, 2009 5:10 PM
**To:** ▮▮▮▮▮
**Subject:** RE: ▮▮▮▮ - post card incident

▮▮▮@▮▮▮.com

▮▮▮▮ WA ▮▮

▮▮▮▮▮, AVP
Account Manager
Sedgwick CMS
PH: ▮▮▮▮▮
Cell: ▮▮▮▮▮

**From:** ▮▮▮▮▮.
**Sent:** Tuesday, March 03, 2009 9:57 AM
**To:** ▮▮▮▮
**Cc:** ▮▮▮▮▮ ▮▮▮▮▮
**Subject:** RE: ▮▮▮▮ - post card incident

Please send me ▮▮▮▮ address. I will send her something like the following. Will this do?

> We understand that your employees have received postcards apparently sent by a disgruntled disability claimant for one of our clients. For a number of years, this individual as engaged in a campaign of what Sedgwick CMS considers harassment and libel against his former employer, its long-term disability insurance provider, Sedgwick CMS, and their respective employees. This individual maintains an email list of our employees and business partners and regularly sends out links to Internet sites on which he posts threatening and derogatory statements about us generally and about the handling of his disability claim. After we blocked his emails to our employees and asked them not to visit his Internet sites, he began what he calls "Operation Going Postcard." He has sent various versions of the postcards to our offices and the offices of our business partners.
>
> Please note that Sedgwick CMS's position and the position of our client and its disability carrier is that the individual's claim has been handled properly, in accordance with our client's disability plan, and the law. If you have additional questions about this issue, please contact _____.

6/19/2009

**From:** ▓▓▓▓
**Sent:** Monday, March 02, 2009 2:22 PM
**To:** ▓▓▓▓
**Subject:** ▓▓▓▓ - post card incident

I talked to ▓▓▓▓ and let her know that we are aware of this disgruntled individual and have taken appropriate action as an organization. She states she is glad to hear it, but needs a written response to provide to her superiors. She does not want that response to come from me.

Can you put together a simple reply regarding this matter for ▓▓▓▓

Let me know if we need to discuss further.

Thanks,

▓▓▓▓, AVP
Account Manager
Sedgwick CMS
PH: ▓▓▓▓
Cell: ▓▓▓▓

6/19/2009

# Exhibit D
## to Declaration of Frank Huffman in Opposition to Defendant's Motion for Summary Judgment, Improper Venue, Failure to Join an Indispensable Third Party under Rule 19



-----Original Message-----
From: ▓▓▓▓▓
Sent: Tuesday, March 03, 2009 10:18 AM
To: ▓▓▓▓▓
Subject: RE: Mailer/Utah

Hi ▓▓▓▓

I was out of the office a few days and apologize for the delay. I spoke to ▓▓▓▓ this morning, and she said she is waiting for a written communication from you/other to share with ▓▓▓▓. Please call me if you still need to speak to me directly. Thanks for your assistance with this matter.

▓▓▓▓▓▓
Client Performance Manager - ▓▓▓▓▓ Sedgwick CMS T ▓▓▓▓ F ▓▓▓▓

-----Original Message-----
From: ▓▓▓▓▓
Sent: Sunday, March 01, 2009 7:49 PM
To: ▓▓▓▓▓
Cc: ▓▓▓▓▓
Subject: RE: Mailer/Utah

My Outlook calendar is up to date. Let me know when you'd like to have a call.

-----Original Message-----
From: ▓▓▓▓▓
Sent: Sunday, March 01, 2009 5:33 PM
To: ▓▓▓▓▓
Cc: ▓▓▓▓▓
Subject: FW: Mailer/Utah

Not sure if you have already received a copy of this communication so I am forwarding for your review.

▓▓▓▓ wants a response from Sedgwick on this situation, will you be able to assist in that?

Thanks, ▓▓▓▓.

▓▓▓▓▓, AVP
Account Manager
Sedgwick CMS
PH: ▓▓▓▓▓
Cell: ▓▓▓▓▓

-----Original Message-----
From: ▓▓▓▓▓
Sent: Wednesday, February 25, 2009 7:09 PM
To: ▓▓▓▓▓ ▓▓▓▓▓ ; ▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓
Subject: RE: Mailer/Utah

Thanks for the notice. If you see any more of these, please share them with ▓▓▓▓
▓▓▓▓ The person sending these postcards is a disgruntled GE claimant whom we have been

1

challenged by for some time.

-----Original Message-----
From: ▓▓▓▓▓▓▓▓
Sent: Wednesday, February 25, 2009 11:53 AM
To: ▓▓▓▓▓▓▓▓ ; ▓▓▓▓▓▓▓▓
Subject: FW: Mailer/Utah
Importance: High

Bob, you need to be involved with this.

▓▓▓▓▓▓▓▓, CPCU, ARM, AIC, SCLA
Director of Program Management
Office - ▓▓▓▓▓▓▓▓
Cell - ▓▓▓▓▓▓▓▓

-----Original Message-----
From: ▓▓▓▓▓▓▓▓
Sent: Wednesday, February 25, 2009 11:49 AM
To: ▓▓▓▓▓▓▓▓
Cc: ▓▓▓▓▓▓▓▓ ; ▓▓▓▓▓▓▓▓
Subject: FW: Mailer/Utah
Importance: High

▓▓▓

▓▓▓▓▓▓▓▓ of ▓▓▓▓▓ brought an issue to my attention today. ▓▓▓▓▓ was told that the ▓▓▓▓▓ is distributing the attached postcard to employees working in the Utah ▓▓▓▓▓ locations. The postcard references a web address that you will want to view, www.sedgwickcms.bolgspot.com. ▓▓▓▓▓ is asking for communication from Sedgwick in order to share with her superiors. I am not sure if you are the right person to contact, and if not, perhaps you can direct me further.

Feel free to contact me if you would like to discuss further.

Thank you,

▓▓▓▓▓▓▓▓
Client Performance Manager - ▓▓▓▓▓▓▓▓ Sedgwick CMS T ▓▓▓▓▓▓▓▓ F ▓▓▓▓▓▓▓▓

-----Original Message-----
From: ▓▓▓▓▓▓▓▓ [mailto:▓▓▓▓▓@▓▓▓▓▓.com]
Sent: Wednesday, February 25, 2009 11:59 AM
To: ▓▓▓▓▓▓▓▓
Cc: ▓▓▓▓▓▓▓▓
Subject: Mailer/Utah

Hi ▓▓▓▓▓

Here is the postcard mailer that ▓▓▓▓▓ just spoke to you about.

Jeff

▓▓▓▓▓▓▓▓
Workers' Compensation Coordinator
▓▓▓▓▓▓▓▓ * ▓▓▓▓▓ * WA * 98027
t. ▓▓▓▓▓▓▓▓ * f. ▓▓▓▓▓▓▓▓ * ▓▓▓▓▓@▓▓▓▓▓.com

-----Original Message-----
From: ▓▓▓▓▓▓▓▓ [mailto:▓▓▓▓▓@▓▓▓▓▓.com]
Sent: Wednesday, February 25, 2009 8:58 AM
To: ▓▓▓▓▓▓▓▓

2

Subject: A fax has arrived from remote ID '███████████'.

A fax has arrived from remote ID '███████████'.
------------------------------------------------------------------
Time: 2/25/2009 8:57:10 AM
Received from remote ID: ███████████
Inbound user ID ████████, routing code 2082
Result: (0/352;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:25 on channel 5

3

# Exhibit E
to Declaration of Frank Huffman
in Opposition to Defendant's
Motion for Summary Judgment, Improper
Venue, Failure to Join an Indispensable
Third Party under Rule 19



**From:** ███████
**Sent:** Friday, March 06, 2009 5:20 PM
**To:** ███████
**Cc:** ███████
**Subject:** Postcards from California Claimant

███████

███████ explained that your employees have received postcards apparently sent by a disgruntled disability claimant for one of our clients. For a number of years, this individual has engaged in a campaign of what Sedgwick CMS considers harassment and libel against his former employer, its long-term disability insurance provider, Sedgwick CMS, and their respective employees. This individual maintains an email list of our employees and business partners and regularly sends out links to Internet sites on which he posts threatening and derogatory statements about us generally and about the handling of his disability claim. After we blocked his emails to our employees and asked them not to visit his Internet sites, he began what he calls "Operation Going Postcard." He has sent various versions of the postcards to our offices and the offices of our business partners.

Please note that Sedgwick CMS's position and the position of our client and its disability carrier is that the individual's claim has been handled properly, in accordance with our client's disability plan, and the law. If you have additional questions about this issue, please contact me.

Regards,

███████

███████
Sedgwick Claims Management Services, Inc.
███████
███████
phone: ███████
facsimile: ███████

6/19/2009