HARVEY SISKIND LLP
Ian K. Boyd (SBN 191434)
Email: iboyd@harveysiskind.com
Seth I. Appel (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:    (415) 354-0100
Facsimile:    (415) 391-7124

LOCKE LORD BISSELL & LIDDELL LLP
Paul C. Van Slyke, admitted *pro hac vice*
Email: pvanslyke@lockelord.com
3400 JPMorgan Chase Tower, 600 Travis
Houston, Texas 77002
Telephone:    (713) 226-1406
Facsimile:    (713) 229-2516

Gregory T. Casamento, admitted *pro hac vice*
Email: gcasamen@lockelord.com
885 Third Avenue
New York, New York 10022
Telephone:    (212) 947-4700
Facsimile:    (212) 812-8346

Attorneys for Plaintiff
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> ROBERT A. DELSMAN, JR. <br><br> Defendant. | Case No.:  C 09-01468 SBA <br><br> **ORDER** |

1  The Court, having considered the Administrative Motion to Consider Whether Cases Should
2  be Related [Local Rules 3-12; 7-11], determines that *Delsman v. General Electric Company*, Case
3  No. C 09-02414 SBA, is not related to the lowered number case, *Sedgwick Claims Management*
4  *Services, Inc. v. Delsman*, Case No. C 09-01468 SBA; and that the cases will not proceed as related
5  cases.

7  IT IS SO ORDERED
8  DATED: 7/6/09

*[signature]*

The Honorable Saundra Brown Armstrong
United States District Court Judge